UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT E. JACKSON,

    Plaintiff,

v.                                               Case No. 1:19-cv-943
                                                       Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

**ORDER**

       In accordance with the Opinion filed this date, this case is **REMANDED** pursuant to sentence six of 42 U.S.C. § 405(g).  This case shall be **administratively closed** pending further order of the Court.

       **IT IS SO ORDERED**.


Dated:  January 21, 2021                       /s/ Ray Kent
                                                     RAY KENT
                                                     United States Magistrate Judge